MARIA SLOCKBOWER, appellant,

*v.*

ALEXANDER KANOUSE, respondent.

A bill for partition will not be sustained where the complainant's legal title is in dispute; but the bill may be retained to afford the party an opportunity of settling his title at law, or it may be dismissed.

---

On appeal from a decree advised by Vice-Chancellor Van Fleet, whose opinion is reported in *Kanouse v. Slockbower, 3 Dick. Ch. Rep. 42.*

*Mr. Alfred Mills,* for the appellant.

*Mr. James H. Neighbour,* for the respondent.

PER CURIAM.

Decree reversed on the ground that the title was in dispute.

*For reversal*—THE CHIEF-JUSTICE, DEPUE, DIXON, MAGIE, REED, VAN SYCKEL, BOGERT, BROWN, CLEMENT, KRUEGER, SMITH—11.

*For affirmance*—None.